**Angela LEIBACH, Appellant,**

v.

**ARCH MEDICAL SERVICES, INC., Respondent.**

**No. ED 91632.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 15, 2009.

Richard L. Hughes, St. Louis, MO, for Appellant.

David I. Hares, Robert J. Amsler, St. Louis, MO, for Respondent.

Before KURT S. ODENWALD, P.J., GEORGE W. DRAPER III, and ROY L. RICHTER, JJ.

*ORDER*

PER CURIAM.

Angela Leibach appeals a 9–3 jury verdict in favor of Arch Medical Services, Inc. d/b/a The Center for Cancer Care and Research pursuant to Rule 84.16(b). We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).